# Exhibit B




**U.S. Patent No. 9,615,631 – Disclosure of Asserted Claims and Infringement Contentions**

| | The '631 Patent | Exemplary Support |
|---|---|---|
| 1 | A rachet belt system, comprising: | Nexbelt unlawfully makes, uses, offers for sale, and sells within the United States, its PreciseFit™ line of belts (the "Accused Products"). The Accused Products comprise a rachet belt system, as shown below, and on Defendant's website - https://www.nexbelt.com/pages/how-it-works. |
| 1(a) | a belt extending from a first terminal end to a second terminal end along a length thereof, said belt having a first surface and a second surface opposite of the first surface; and | The Accused Products comprise a belt with a first and second terminal end with a first surface and a second surface opposite of the first surface, as shown above. |
| 1(b) | a buckle having a racheting mechanism disposed at a first side of | The Accused Products comprise a buckle with a racheting mechanism on the first side of the buckle and a receptacle portion at the second side of the buckle. The receptacle portion attaches with the belt's terminal end. The buckle also contains a slot portion that slideably receives the second terminal end of the belt |





| | The ‘631 Patent | Exemplary Support |
|---|---|---|
| | the buckle and a receptacle portion disposed at a second side opposite of the first side, the receptacle portion being configured to attach with the belt at the first terminal end, and a slot portion configured to slideably receive at least the second terminal end of the belt therethrough; | through it, as shown below. |
| 1(c) | Wherein: said belt comprises: a first notch strip at least partially extending along said | The Accused Products have a first notch strip that extends along the first surface of the belt and is positioned to the second terminal end, as shown below. |




| | The '631 Patent | Exemplary Support |
|---|---|---|
| | first surface of the belt and positioned adjacent to the second terminal end thereof; | |
| 1(d) | Said first notch strip comprising a plurality of notches being aligned in series one adjacent to another along the first notch strip, wherein | The first notch strip, as shown above, comprises a plurality of notches aligned in series one adjacent to another along the first notch strip. |
| 1(e) | Each of said notches individually comprises a vertical wall extending upwardly from a recessed base toward said first surface of the belt and a tapered wall extending from said recessed base to said first surface, said tapered wall forming an angle with the vertical wall, wherein said angle is | Each notch comprises a vertical wall extending upwardly from a recessed base toward said first surface of the belt and a tapered wall extending from said recessed base to said first surface. Each tapered wall of each notch forms an angle less than ninety degrees with the vertical wall, as shown below. |



SAN DIEGO IP LAW GROUP LLP

| | The '631 Patent | Exemplary Support |
|---|---|---|
| | less than ninety degrees; and | |
| 1(f) | Said buckle comprises: a ratcheting tab extending outwardly from a tubular body of a ratcheting mechanism, the ratcheting tab configured to engage the vertical wall of one or more of said notches of the first notch strip; and | The buckle is comprised of a ratcheting tab that extends out from a tubular body of the ratcheting mechanism, as shown below.<br><br>The ratcheting tab is configured to engage the vertical wall of the notches of the first strip, as shown below. |





| | The '631 Patent | Exemplary Support |
|---|---|---|
| | | PRC<br>2nd Amendment Pewter Buckle Black PreciseFit™ Gun Belt |
| 1(g) | A release lever coupled to the tubular body, the release lever being configured to rotationally disengage the ratcheting tab from the notch strip for releasing the belt; | As shown below, the buckle contains a release lever coupled to the tubular body. The release lever is configured to rotationally disengage the ratcheting tab from the notch strip for releasing belt. |





| | The '631 Patent | Exemplary Support |
|---|---|---|
| | | |
| 1(h) | Wherein said release lever extends outwardly from the tubular body and oriented in a direction opposite the receptacle portion of the buckle; | The release lever extends outwardly from the tubular body and is oriented opposite the receptacle portion of the buckle. |
| 1(i) | Further characterized in that: said belt comprises a first belt layer, a second belt layer, and a monolithic insert disposed between said first and second belt | The Accused Products are comprised of two layers with a monolithic insert disposed in between said two layers. |




| | The ‘631 Patent | Exemplary Support |
|---|---|---|
| | layers. | |