UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KORE ESSENTIALS, INC. Plaintiff, v. NEXBELT, LLC; and DOES 1-10, inclusive, Defendant AND RELATED COUNTERCLAIMS. | Case No.: 17cv2129-CAB (LL)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL;**<br><br>**ORDER DENYING JOINT STIPULATION TO STAY ALL FUTURE DEADLINES**<br><br>**[ECF No. 56]** |
|---|---|

In a notice of settlement dated February 8, 2019, counsel for the parties informed the Court that a settlement has been reached. ECF No. 86. Because the case has settled, all other pending dates before Magistrate Judge Lopez are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court. The parties request in their Notice of Settlement "that the Court stay all future deadlines in this action for fourteen (14) days." Id. at 2. The Court finds that the parties have not established good cause for this request as they have already received multiple extensions of discovery and pretrial deadlines in this case. ECF Nos. 44, 49. Accordingly, the parties' request to stay all future deadlines for fourteen days is **DENIED**.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **March 8, 2019**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

If the fully executed joint motion for dismissal is not filed by **March 8, 2019**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **March 14, 2019** at **9:30 a.m.** in **Courtroom 2B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

Dated: February 12, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.